IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY D. EASLEY,                        No. CIV.S-05-1780 FCD DAD PS

    Plaintiff,

  v.                                   <u>FINDINGS AND RECOMMENDATIONS</u>

COUNTY OF EL DORADO, et al.,

    Defendants.
_____/

    Plaintiff is proceeding in this action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915.  The matter was referred to a United States Magistrate Judge by Local Rule 72-302(c)(21) pursuant to 28 U.S.C. § 636(b)(1).

    By order filed January 9, 2006, plaintiff's amended complaint was dismissed and twenty days leave to file a second amended complaint was granted.  The time period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

/////

1

1       Although it appears from the docket that plaintiff's copy of
2 the order was returned as undeliverable, it is the plaintiff's
3 responsibility to keep the court apprised of his current address at
4 all times.  Pursuant to Local Rule 83-182(f), service of documents at
5 the record address of the party is fully effective.
6       Accordingly, the court HEREBY RECOMMENDS that this action be
7 dismissed without prejudice.  <u>See</u> L.R. 11-110; Fed. R. Civ. P. 41(b).
8       These findings and recommendations are submitted to the
9 United States District Judge assigned to the case, pursuant to the
10 provisions of 28 U.S.C. § 636(b)(1).  Within twenty days after being
11 served with these findings and recommendations, plaintiff may file
12 written objections with the court.  Such a document should be
13 captioned "Objections to Magistrate Judge's Findings and
14 Recommendations."  Plaintiff is advised that failure to file
15 objections within the specified time may waive the right to appeal the
16 District Court's order.  <u>See</u> <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir.
17 1991).
18 DATED: February 3, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

22 DAD:lg
ddad1/orders.prose/easley1780.fta

2